IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 09-28824 |
| ) | |
| KEYES, SABRINA, ) | Chapter 7 |
| ) | Hon. John H. Squires |
| Debtor. ) | |
| ) | Date: 9/23/09 at 10:30 a.m. |

## ORDER GRANTING MOTION FOR SANCTIONS AGAINST GREAT AMERICAN FINANCE CO. FOR VIOLATION OF AUTOMATIC STAY

THIS CAUSE coming on to be heard upon the Debtor's Motion for Sanctions against Great American Finance Co. ("Great American") for Violation of Automatic Stay, pursuant to 11 U.S.C. § 362(a) and (h), proper notice having been provided, and the Court being fully advised in the Premises, it is hereby ordered that:

1) Great American shall refund all post-petition funds received from electronic debits from Debtor's checking account, to Debtor's counsel, by _____.

2) Great American shall immediately cease and desist from any further electronic debits from the Debtor's checking account(s).

3) The Debtor is awarded punitive damages against Great American in the amount of $_____, which funds shall be tendered to Debtor's counsel on or before _____.

4) The Debtor is awarded her attorney's fees and costs with regard to all services provided by her attorney in stopping the electronic debits and recovering the money received by Great American Finance in violation of the automatic stay.

5) Debtor's counsel shall file his affidavit for attorney's fees and costs on or before _____.

1

6) This matter is set for hearing on _____ at _____,

to determine the amount of Debtor's attorney's fees and costs.

Dated:

                              ENTER:_____
                              Hon. John H. Squires
                              United States Bankruptcy Judge

Prepared by: The Law Office of Peter L. Berk