Case 09-28824   Doc 14-7   Filed 09/18/09   Entered 09/18/09 10:50:04   Desc Exhibit
From: UM Chief Financial Officer   Case 09-28824   Doc 14-2   Filed 09/18/09   Page 1 of 2   Entered 09/18/09 10:50:04   Desc Exhibit   #165 P.002/003
B   Page 1 of 2

Page 1 of 3

# **10 Draft Checking**

*Information current as of September 17, 2009, 1:39 PM CDT*

| Effective Date: | Transaction Type: | Amount: | Balance: |
|---|---|---|---|
| Thu, Sep 17 2009 | ACH Credit<br>Chicago Housing | $252.04 | $286.11 |
| Wed, Sep 16 2009 | ACH Debit<br>TARGET CHK CARD ACH TRAN | ($63.58) | $34.07 |
| Wed, Sep 16 2009 | ACH Tranfer Deposit<br>ACH Tranfer Deposit | $40.00 | $97.65 |
| Mon, Sep 14 2009 | ACH Debit<br>TARGET CHK CARD ACH TRAN | ($45.19) | $57.65 |
| Wed, Sep 9 2009 | ACH Debit<br>GREAT AMERICAN F GAFCo | ($130.00) | $102.84 |
| Thu, Sep 3 2009 | Share Draft Posting #1797<br>Share Draft Posting | ($101.23) | $232.84 |
| Thu, Sep 3 2009 | ACH Credit<br>Chicago Housing | $318.96 | $334.07 |
| Tue, Aug 25 2009 | Share Draft Return #8999<br>Share Draft Return $70.42 Tran Amount $30.00 Fee Amount | ($100.42) | $15.11 |
| Mon, Aug 24 2009 | ACH Debit<br>TARGET COMPANY H ACH TRAN | ($44.39) | $45.11 |
| Mon, Aug 24 2009 | ACH Tranfer Deposit<br>ACH Tranfer Deposit | $50.00 | $89.50 |
| Fri, Aug 21 2009 | ACH Debit<br>TARGET COMPANY H ACH TRAN | ($68.78) | $39.50 |
| Fri, Aug 21 2009 | ACH Tranfer Deposit<br>ACH Tranfer Deposit | $40.00 | $108.28 |
| Thu, Aug 20 2009 | Share Draft Exception Clearing #1796<br>801040 | ($91.45) | $68.28 |
| Thu, Aug 20 2009 | Share Draft Exception Clearing #1798<br>801040 | ($65.50) | $159.73 |
| Thu, Aug 20 2009 | ACH Credit<br>Chicago Housing | $291.75 | $225.23 |
| Wed, Aug 19 2009 | Share Draft Return #1796<br>Share Draft Return $91.45 Tran Amount $30.00 Fee Amount | ($121.45) | ($66.52) |
| Wed, Aug 19 2009 | Share Draft Return #1798<br>Share Draft Return $65.50 Tran Amount $30.00 Fee Amount | ($95.50) | ($36.52) |
| Wed, Aug 19 2009 | ACH Return Item<br>TARGET CHK CARD $44.39 Tran Amount | ($74.39) | ($6.52) |

**EXHIBIT B**

| Date | Description | Amount | Balance |
|---|---|---|---|
| Tue, Aug 18 2009 | ACH Return Item<br>TARGET CHK CARD $68.78 Tran Amount $30.00 Fee Amount | ($98.78) | $23.48 |
| Mon, Aug 10 2009 | Share Draft Return #1795<br>Share Draft Return $94.00 Tran Amount $30.00 Fee Amount | ($124.00) | $53.48 |
| Mon, Aug 10 2009 | Transfer Deposit (Internet)<br>Internet Transfer From 20214 Type 07 | $50.00 | $83.48 |
| Mon, Aug 10 2009 | ACH Debit<br>UNITED CONSUMER UCFS PMT | ($78.91) | $33.48 |
| Mon, Aug 10 2009 | ACH Tranfer Deposit<br>ACH Tranfer Deposit | $40.00 | $112.39 |
| Mon, Aug 10 2009 | ACH Debit<br>HSBC CARD SRVCS Online Pmt WEB R | ($50.00) | $72.39 |
| Mon, Aug 10 2009 | ACH Debit<br>GREAT AMERICAN F GAFCo | ($130.00) | $122.39 |
| Fri, Aug 7 2009 | Share Draft Return #1794<br>Share Draft Return $375.00 Tran Amount $30.00 Fee Amount | ($405.00) | $252.39 |